IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**SONDRA NASH**

      **Plaintiff,**

**v.**                                                **CV 4:13-1695-RBP**

**EQUIFAX INFORMATION
SERVICES, LLC,**

      **Defendant.**

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal filed on May 12, 2014, this action is

**DISMISSED, WITH PREJUDICE**, each party to bear own costs and attorney's fees.

**DONE** and **ORDERED** this the 19th day of May, 2014.

_/s/ Robert B. Propst_
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**